Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LETICIA AGUAYO, et al., <br><br> Defendants. | CASE NO. 5:12-cv-05769-EJD <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS LETICIA AGUAYO, PERFECTO AGUAYO, SHARON R. DURAN, JOSE J. FONSECA and JOSE VALLE FONSECA, individually and d/b/a TAQUERIA LOS GALLOS ; ORDER THEREON |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants LETICIA AGUAYO, PERFECTO AGUAYO, SHARON R. DURAN, JOSE J. FONSECA and JOSE VALLE FONSECA, individually and d/b/a TAQUERIA LOS GALLOS, that the above-entitled action is hereby dismissed **without prejudice** against LETICIA AGUAYO, PERFECTO AGUAYO, SHARON R. DURAN, JOSE J. FONSECA and JOSE VALLE FONSECA, individually and d/b/a TAQUERIA LOS GALLOS, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by February 21, 2014, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice.**

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: 1/29/14

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: January 29, 2014

S/Matthew A. Pare
**LAW OFFICE OF MATTHEW A. PARE, P.C.**
By: Matthew A. Pare
Attorneys for Defendants
LETICIA AGUAYO, PERFECTO AGUAYO, SHARON R. DURAN, JOSE J. FONSECA and JOSE VALLE FONSECA, individually and d/b/a TAQUERIA LOS GALLOS

**IT IS SO ORDERED:** The clerk shall close this file.

_____
**The Honorable Edward J. Davila**
**United States District Court**
**Northern District of California**

Dated: January 30, 2014